# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TROY GRIMES, individually and as the Special Administrator to the ESTATE OF TINA GRIMES, deceased, et al., | 3:05-CV-461-HDM (RAM) |
| Plaintiffs, | **MINUTES OF THE COURT** |
| vs. | December 27, 2005 |
| COMBINED TRANSPORT, INC., DONALD J. MURPHY, et al., | |
| Defendants. | |

PRESENT:     THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     GINA MUGNAINI          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiffs have filed an Ex Parte Request for Order for Publication of Summons (Doc. #13).

It appears from the Request that Plaintiffs have made a good faith effort to locate and serve Defendant Donald J. Murphy, without success.

Plaintiffs' Ex Parte Request for Order for Publication of Summons (Doc. #13) is **GRANTED**. Plaintiffs shall serve Donald J. Murphy by publication of the summons in the Northwest Herald pursuant to the provisions of Nevada Rules of Civil Procedure Rule 4.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:     /s/
         Deputy Clerk