AO 450 (Rev 03/08) Judgment in Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED
ENTERED
RECEIVED
COUNSEL/PARTIES OF RECORD
SERVED ON

DEC 17 2008

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                          DEPUTY

TROY GRIMES, et al.,

Plaintiffs,

vs.                                             Civil Action No.  03:05-CV-461-ECR-RAM

COMBINED TRANSPORT, INC., et al.,

Defendants.

### JUDGMENT IN A CIVIL CASE

This action was (check one):

__X__ tried by a jury with Judge EDWARD C. REED, JR., presiding, and the Jury has rendered a verdict.

_____ tried by Judge EDWARD C. REED, JR., without a Jury, and the following decision was reached:

IT IS ORDERED that

Based on the comparative negligence of the parties, as found by the Jury, Judgment is hereby entered, as follows:

> for Troy Grimes, as Special Administrator of the Estate of Tina Grimes, and against defendants, in the sum of $93,000.00;
> for Paula Duncan, as Special Administrator of the Estate of Billie Smallwood, and against defendants, in the sum of $23,000.00;
> for Troy Grimes, and against defendants, in the sum of $14,000.00

Judgment is further hereby entered in favor of plaintiffs Amy Beam, Josh Beam, Paula Duncan, Gayla Loza, and Michael Lowe, and against defendants, for zero dollars, pursuant to the verdict of the Jury.

Date: December 17  2008

LANCE S. WILSON, CLERK

By _____ C. Larsen

Deputy